SLATER, A.

v.

SAINT VINCENT HEALTH CENTER

896 WDA 2016

Superior Court of Pennsylvania.

03/17/2017

13332–2012 (Erie)

Affirmed

COM.

v.

HOLLIDAY, D.

996 WDA 2016

Superior Court of Pennsylvania.

3/17/2017

CP–37–CR–0000250–1994
CP–37–CR–0000798–1992
(Lawrence)

Affirmed

COM.

v.

BARLOW, J.

1051 WDA 2016

Superior Court of Pennsylvania.

03/17/2017

CP–43–CR–0001653–2015
(Mercer)

Affirmed

RONK, R.

v.

ISRAEL, J.

1099 WDA 2016

Superior Court of Pennsylvania.

03/17/2017

2013 GN 2650
(Blair)

Affirmed